JASON G. REVZIN
Nevada Bar No. 8629
**LEWIS BRISBOIS BISGAARD & SMITH** LLP
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| Kristin of the House Church;<br><br>    Plaintiff,<br><br>v.<br><br>KIMBALL, TIREY & ST. JOHN LLP, TRANSUNION, EXPERIAN, EQUIFAX,<br>    Defendants. | Case No. 3:16-cv-00290-MMD-WGC<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION** |

  Pursuant to F.R.C.P. 41(a)(1)(ii) and local rule 7-1(b) it is hereby stipulated by the parties hereto that Defendant Trans Union LLC be dismissed with prejudice, each party to bear their own costs and attorney's fees.

DATED: April 11, 2017    **PLAINTIFF PRO SE**

              */s/ Kristin of the House Church*
            KRISTIN OF THE HOUSE CHURCH
            General Delivery
            920 Munley Drive
            Reno, NV 89503-9998
            Email: KristinChurchEstate@gmail.com

            **and**

**LEWIS BRISBOIS BISGAARD & SMITH LLP**

_/s/ Jason G. Revzin_
JASON G. REVZIN
Nevada Bar No. 8629
6385 S. Rainbow Blvd., Suite 600
Las Vegas, Nevada 89118
Telephone: (702) 893-3383
Facsimile: (702) 893-3789
Email: jason.revzin@lewisbrisbois.com
**COUNSEL FOR DEFENDANT TRANS UNION LLC**

IT IS SO ORDERED this 11th day of April, 2017

_____
UNITED STATES DISTRICT JUDGE

4818-4116-5638.1

STIPULATION OF DISMISSAL

2